UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARY NEWSOME, ) | CASE NO. 1:11CV2073 |
| ) | |
| Plaintiff, ) | MAGISTRATE JUDGE GEORGE J. LIMBERT |
| v. ) | |
| MICHAEL J. ASTRUE, ) | JUDGMENT ENTRY |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| Defendant. ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Entry, the Court ORDERS that the judgment in favor of Defendant be reversed and this case be remanded for further proceedings consistent with said Memorandum Opinion and Order.

IT IS SO ORDERED.

SIGNED and ENTERED on this 12th day of July, 2011.

 */s/George J. Limbert*
GEORGE J. LIMBERT
U.S. MAGISTRATE JUDGE